UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Donald Ragland
                    Plaintiff,
v.                                          Case No.: 1:16−cv−02803
                                            Honorable William T. Hart
Thomas Dart, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 3, 2016:

        MINUTE entry before the Honorable William T. Hart:Motion hearing set for 11/3/2016 is stricken. Defendants' motion to stay briefing schedule on plaintiffs motion for summary judgment pending resolution of settlement [23] is granted. Status hearing set for 11/17/2016 is reset to 12/1/2016 at 02:00 PM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.