## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Donald Ragland

                    Plaintiff,

v.                                        Case No.: 1:16–cv–02803
                                                Honorable William T. Hart

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2017:

      MINUTE entry before the Honorable William T. Hart: Status hearing held on 1/26/2017. This case is dismissed with prejudice and without costs. Plaintiff's motion for summary judgment [15] is denied as moot.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.